STATE OF CONNECTICUT *v.* JAMES DECABA

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 141 (AC 14831), is denied.

*Robert M. Berke,* deputy assistant public defender, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided September 18, 1996

PAOLO SOARES *v.* MAX SERVICES, INC., ET AL.

The petition by the defendants Max Services, Inc., and Commercial Union Insurance Companies for certification for appeal from the Appellate Court, 42 Conn. App. 147 (AC 14663), is denied.

*Joseph A. La Bella,* in support of the petition.

*Loida D. John-Nicholson,* assistant attorney general, in opposition.

Decided September 18, 1996

The defendants' petition for certification for appeal from the Appellate Court, 42 Conn. App. 200 (AC 14661), is granted, limited to the following issue: